UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SONIA PAINE,

    Plaintiff,

vs.

SEBASTIAN VANELLA; and PAZ CONSUELO ESTOL LEUENBERG,

    Defendants.

Case No.
6:22-cv-1199-WWB-RMN

## ORDER

This matter is before the Court without oral argument on Plaintiff Sonia Paine's Unopposed Motion for Appointment of a Process Server (Dkt. 152). A response is unnecessary.

A final judgment was entered in Plaintiff's favor and against Defendants, Sebastian Vanella; and Paz Consuelo Estol Leuenberg, after a jury trial. Dkt. 150. Plaintiff now moves for an order appointing a special process server because she "anticipates efforts to execute upon" the final judgment and of the limited resources and time constrains of the U.S. Marshals Service. Dkt. 152. Plaintiff has not, however, moved for issuance of a writ of execution or writ of garnishment.

Because Plaintiff has not yet initiated proceedings supplementary to and in aid of judgment, her request is premature. It should be included in the motion that requests issuance of a writ of execution or garnishment. *See Sumner v. Garner*, No. 6:18-cv-40, 2019 WL 6716193, at *1 (M.D. Fla. Dec. 9, 2019) (granting request for appointment of a special process server that was made in a motion for issuance of a post-judgment writ of garnishment).

Accordingly, it is **ORDERED** that Plaintiff's Unopposed Motion for Appointment of a Process Server (Dkt. 152) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Orlando, Florida, on May 30, 2025.

*/s/ Robert Norway*
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Counsel of Record