UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SONIA PAINE,

    Plaintiff,

vs.

SEBASTIAN VANELLA; and
PAZ CONSUELO ESTOL
LEUENBERG,

    Defendants.

Case No.
6:22-cv-1199-WWB-RMN

## ORDER

This matter is before the Court without oral argument on a motion for a charging order (Dkt. 170) filed by the Plaintiff, Sonia Paine. The Defendants, Sebastian Vanella and Paz Consuelo Estol Leuenberg, did not file a response, and the time to do so has expired.

Like prior motions, the Plaintiff asks for entry of a charging order against certain interests held by the Defendants in a limited liability company. *Compare* Dkt. 170 with Dkts. 155, 156, 157. When considering those prior motions, the Court noted the Plaintiff sought relief that appeared to exceed the relief authorized under state law. *See* Dkt. 161 at 1 ("The motions are denied to the extent they seek additional relief not authorized by the state statute."). The current motion again seeks relief that does not appear to be

authorized by state law, and the Plaintiff offers no authority or argument in support of her request. For this reason, the motion is denied without prejudice.

Accordingly, it is **ORDERED** that the Plaintiff's motion for a charging order (Dkt. 170) is **DENIED without prejudice**. If the Plaintiff chooses to renew her request, she must include argument and citations to authority in support of each part of the relief requested.

**DONE** and **ORDERED** in Orlando, Florida, on September 17, 2025.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Counsel of Record