**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SONIA PAINE,

        Plaintiff,

v.                              Case No.: 6:22-cv-1199-WWB-RMN

SEBASTIAN VANELLA and PAZ
CONSUELO ESTOL LEUENBERG,

        Defendants.

_____/

## ORDER

THIS CAUSE is before the Court Plaintiff's Supplemental Motion for Award of Attorney's Fees (Doc. 186).  United States Magistrate Judge Robert M. Norway issued a Report and Recommendation (Doc. 187), in which he recommends that the Court grant the Motion.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the analysis and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 187) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Supplemental Motion for Award of Attorney's Fees (Doc. 186) is **GRANTED**.

3. Plaintiff is awarded $190,860.25 in attorney's fees.

4. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $190,860.25 as an attorney's fee.

**DONE AND ORDERED** in Orlando, Florida on May 29, 2026.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

2